# OPT-IN CONSENT FORM

*Thompson v. Peak Energy Services USA, Inc.*
Peak Energy Services USA, Inc. – Unpaid Wages and Overtime Litigation
United States District Court for the Western District of Pennsylvania

Complete And Mail To:
PEAK ENERGY SERVICES USA, INC. WAGE & HOUR LITIGATION
ATTN: SARAH SCHALMAN-BERGEN
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103

| Name: Christopher L. Thompson | Date of Birth: [redacted] |
|---|---|
| Address: [redacted] | Phone No. 1: [redacted] <br> Phone No. 2: |

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I have worked as an Operator or similarly titled position for the Defendant, Peak Energy Services USA, Inc., in **Mount Morris, Pennsylvania** from on or about **August 1, 2010** to on or about **October 31, 2011**.

3. I have worked for Defendant in excess of 40 hours in a workweek without receiving overtime pay.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

5. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C. and Hardin and Hughes, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendants in this litigation.

2-5-13 (Date Signed)      [Signature]

**IMPORTANT NOTE**
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.