IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LYNN THOMPSON, individually and on behalf of all persons similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>PEAK ENERGY SERVICES USA, INC.<br><br>            Defendant. | Civil Action No.: 2:13-cv-00266-CRE<br><br>Magistrate Judge Cynthia Reed Eddy<br><br>ELECTRONICALLY FILED |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF KEVIN M. SIBBERNSEN**

Kevin M. Sibbernsen, undersigned counsel for Defendant, hereby moves that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Peak Energy Services USA, Inc. pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Kevin M. Sibbernsen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  August 1, 2013

Respectfully submitted,

JACKSON LEWIS LLP

*s/ Kevin M. Sibbernsen*
Kevin M. Sibbernsen
Massachusetts Bar No. 518155
75 Park Plaza
Boston, MA 02116
Phone: (617) 367-0025;
Fax: (617) 367-2155
Email: sibbernk@jacksonlewis.com

COUNSEL FOR DEFENDANT
PEAK ENERGY SERVICES USA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER LYNN THOMPSON, individually and on behalf of all persons similarly situated,**<br><br>Plaintiff,<br>v.<br><br>**PEAK ENERGY SERVICES USA, INC.**<br>Defendant. | C.A. No.: 2:13-cv-00266-CRE<br><br>ELECTRONICALLY FILED |

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice* and the *Affidavit of Kevin M. Sibbernsen* was served upon the following by the Court's ECF system:

>Shanon J. Carson (PA 85957)
>Sarah R. Schalman-Bergen (PA 206211)
>Isabel Daniels (PA 313898)
>David A. Hughes (ASB-3923-U82D)
>Craig W. Snethen (Pa 86050)

>*s/ Kevin M. Sibbernsen*
>Kevin M. Sibbernsen

2