IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LYNN THOMPSON, individually and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PEAK ENERGY SERVICES USA, INC.<br><br>　　　　　Defendant. | Civil Action No.: 2:13-cv-00266-CRE<br><br>Magistrate Judge Cynthia Reed Eddy<br><br>ELECTRONICALLY FILED |

### MOTION FOR ADMISSION
### *PRO HAC VICE* OF WILLIAM J. ANTHONY

　　William J. Anthony, undersigned counsel for Defendant, hereby moves that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Peak Energy Services USA, Inc. pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

　　In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of William J. Anthony filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 12, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS LLP


　　　　　　　　　　　　　　　　　　　　*s/ William J. Anthony*
　　　　　　　　　　　　　　　　　　　　New York Registration No. 5064092
　　　　　　　　　　　　　　　　　　　　18 Corporate Woods Boulevard
　　　　　　　　　　　　　　　　　　　　Third Floor
　　　　　　　　　　　　　　　　　　　　Albany, New York 12211
　　　　　　　　　　　　　　　　　　　　Phone: (518) 434-1300
　　　　　　　　　　　　　　　　　　　　Fax: (518) 427-5956
　　　　　　　　　　　　　　　　　　　　Email: AnthonyW@jacksonlewis.com

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　PEAK ENERGY SERVICES USA, INC.

4843-6231-6309, v. 1