# OPT-IN CONSENT FORM


RECEIVED
NOV 26 2013
BY: CW

*Thompson v. Peak Energy Services USA, Inc.*, Docket No. 2:13-cv-00266-CRE
Peak Energy Services USA, Inc. – Unpaid Wages and Overtime Litigation
United States District Court for the Western District of Pennsylvania

**Complete And Mail / Email / Fax To:**
PEAK ENERGY SERVICES USA, INC. WAGE & HOUR LITIGATION
c/o Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
cwalsh@angeiongroup.com
FAX - 1-215-563-8839
PHONE - 1-215-561-1483

| Name: Patrick Flemal (Please Print) | Date of Birth: ██ 8█ |
| --- | --- |
| Address: ██████ | Phone No. 1: ██████ |
|  | Phone No. 2: |
|  | Email: ██████ |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I worked for Defendant as a Solids Control Technician in excess of 40 hours in at least one workweek between February 20, 2010 and June 10, 2011.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C. and Hardin and Hughes, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/20/13 (Date Signed) | *[signature]* (Signature) |
| --- | --- |

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.



# OPT-IN CONSENT FORM

*Thompson v. Peak Energy Services USA, Inc.*, Docket No. 2:13-cv-00266-CRE
Peak Energy Services USA, Inc. – Unpaid Wages and Overtime Litigation
United States District Court for the Western District of Pennsylvania

**Complete And Mail / Email / Fax To:**
PEAK ENERGY SERVICES USA, INC. WAGE & HOUR LITIGATION
c/o Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
cwalsh@angeiongroup.com
FAX - 1-215-563-8839
PHONE - 1-215-561-1483

| Name: David A. Flemal (Please Print) | Date of Birth: 64 |
|---|---|
| Address: [redacted] | Phone No. 1: [redacted]<br>Phone No. 2: [redacted]<br>Email: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I worked for Defendant as a Solids Control Technician in excess of 40 hours in at least one workweek between February 20, 2010 and June 10, 2011.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C. and Hardin and Hughes, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11-20-13 (Date Signed) | [Signature] (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM



*Thompson v. Peak Energy Services USA, Inc.*, Docket No. 2:13-cv-00266-CRE
Peak Energy Services USA, Inc. – Unpaid Wages and Overtime Litigation
United States District Court for the Western District of Pennsylvania

**Complete And Mail / Email / Fax To:**
PEAK ENERGY SERVICES USA, INC. WAGE & HOUR LITIGATION
c/o Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
cwalsh@angeiongroup.com
FAX - 1-215-563-8839
PHONE - 1-215-561-1483

| Name: Bryan G. Baird (Please Print) | Date of Birth: ██ 67 |
|---|---|
| Address: ███ | Phone No. 1: ███<br>Phone No. 2: ███<br>Email: ███ |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I worked for Defendant as a Solids Control Technician in excess of 40 hours in at least one workweek between February 20, 2010 and June 10, 2011.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C. and Hardin and Hughes, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11 20 13 (Date Signed) | [signature] (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

# OPT-IN CONSENT FORM

*Thompson v. Peak Energy Services USA, Inc.*, Docket No. 2:13-cv-00266-CRE
Peak Energy Services USA, Inc. – Unpaid Wages and Overtime Litigation
United States District Court for the Western District of Pennsylvania

**Complete And Mail / Email / Fax To:**
PEAK ENERGY SERVICES USA, INC. WAGE & HOUR LITIGATION
c/o Angeion Group
1801 Market Street, Suite 660
Philadelphia, PA 19103
cwalsh@angeiongroup.com
FAX - 1-215-563-8839
PHONE - 1-215-561-1483

| Name: Todd Slack (Please Print) | Date of Birth: [redacted] 78 |
|---|---|
| Address: [redacted] | Phone No. 1: [redacted]<br>Phone No. 2:<br>Email: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

### Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* in connection with the above-referenced lawsuit.

2. I worked for Defendant as a Solids Control Technician in excess of 40 hours in at least one workweek between February 20, 2010 and June 10, 2011.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiff and his attorneys, Berger & Montague, P.C. and Hardin and Hughes, LLP, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against the Defendant in this litigation.

| 11/22/13 (Date Signed) | [signature] (Signature) |
|---|---|

**\*\*IMPORTANT NOTE\*\***
Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.