IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LYNN THOMPSON, individually and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PEAK ENERGY SERVICES USA, INC.<br><br>　　　　　　Defendant. | Civil Action No.: 2:13-cv-00266-CRE<br><br>Magistrate Judge Cynthia Reed Eddy<br><br>ELECTRONICALLY FILED |

**MOTION FOR ADMISSION**
***PRO HAC VICE*** **OF STEPHEN T. PATERNITI**

Stephen T. Paterniti, undersigned counsel for Defendant, hereby moves that I be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Peak Energy Services USA, Inc. pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Stephen T. Paterniti filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  February 4, 2014

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS LLP

　　　　　　　　　　　　　　　　　　　　*s/ Stephen T. Paterniti*
　　　　　　　　　　　　　　　　　　　　Massachusetts Bar No. 564860
　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.
　　　　　　　　　　　　　　　　　　　　75 Park Plaza
　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　Phone: (617) 367-0025;
　　　　　　　　　　　　　　　　　　　　Fax: (617) 367-2155
　　　　　　　　　　　　Email: PaterniS@jacksonlewis.com

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　PEAK ENERGY SERVICES USA, INC.

4842-8379-6504, v. 1