IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER LYNN THOMPSON,** individually and on behalf of all persons similarly situated,<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**PEAK ENERGY SERVICES USA, INC.**<br><br>　　　　**Defendant.** | Civil Action No.: 2:13-cv-00266-CRE<br><br>ELECTRONICALLY FILED |

## JOINT STATUS REPORT

Plaintiff Christopher Lynn Thompson ("Plaintiff") and Peak Energy Services USA, Inc. ("Peak" or "Defendant"), through their undersigned counsel, hereby file the following Joint Status Report:

1.　On May 9, 2014, the parties submitted a Joint Status Report, informing the Court that they had reached a settlement in principle of the claims pending in this case and proposed that the Settlement Agreement would be finalized by May 31, 2014, and a Motion for Preliminary Approval of the Settlement would be filed by June 16, 2014. [ECF No. 81]

2.　On May 29, 2014, the parties submitted a Joint Status Report, proposing that the Settlement Agreement would be finalized by June 16, 2014 and that a Motion for Preliminary Approval of the Settlement would be filed by June 30, 2014. [ECF No. 82]

3.　Since the latest Joint Status Report, the parties have continued to work diligently, but need further additional time to finalize the terms of the settlement. Accordingly, the parties plan to finalize the settlement agreement and seek preliminary approval of the settlement as follows:

- The timeline for all parties to finalize and execute the Settlement Agreement shall be extended from June 16, 2014 to July 9, 2014.

- The timeline for filing the Motion for Preliminary Approval of the Settlement Agreement shall be extended from June 30, 2014 to July 16, 2014.

4. The parties are available for a call with the Court at the Court's request.

Dated: June 13, 2014                                    Respectfully submitted,

s/ Sarah R. Schalman-Bergen                s/ Kevin M. Sibbernsen
Shanon J. Carson                                    Stephen T. Paterniti (pro hac vice)
Sarah R. Schalman-Bergen                   Massachusetts Bar No. 564860
BERGER & MONTAGUE, P.C.             Kevin M. Sibbernsen (*pro hac vice*)
1622 Locust Street                                  Massachusetts Bar No. 675654
Philadelphia, PA 19103                          JACKSON LEWIS P.C.
Telephone: (215) 875-4656                    75 Park Plaza
Facsimile: (215) 875-4604                     Boston, MA 02116
scarson@bm.net                                     Phone: (617) 367-0025;
sschalman-bergen@bm.net                   Fax: (617) 367-2155
                                                                 Email: PaterniS@jacksonlewis.com
David A. Hughes (ASB-3923-U82D)    Email: sibbernk@jacksonlewis.com
(*pro hac vice*)
HARDIN & HUGHES, LLP                    Craig W. Snethen, Esquire
2121 14th Street                                      Pa I.D. No. 86050
Tuscaloosa, AL 35401                            JACKSON LEWIS LLP
(205) 344-6690                                        snethenc@jacksonlewis.com
(205) 344-6188 (Facsimile)                    One PPG Place, 28th Floor
dhughes@hardinhughes.com                  Pittsburgh, PA 15222
                                                                 (412) 232-0404
*Attorneys for Plaintiff and the Class*     (412) 232-3441 facsimile

                                                                 William J. Anthony (*pro hac vice*)
                                                                 New York Registration No. 5064092
                                                                 JACKSON LEWIS P.C.
                                                                 18 Corporate Woods Boulevard
                                                                 Third Floor
                                                                 Albany, New York 12211
                                                                 Phone: (518) 434-1300
                                                                 Fax: (518) 427-5956
                                                                 Email: AnthonyW@jacksonlewis.com

                                                                 *Attorneys for Defendant*
                                                                 *Peak Energy Services USA, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Kevin M. Sibbernsen*

4852-8666-2171, v.  2